**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**


**COLE'S TOOL WORKS, INC.**                                              **PLAINTIFF**


**VERSUS**                                   **CIVIL ACTION NO. 2:06CV169-P-A**


**AMERICAN POWER CONVERSION
CORPORATION**                                                           **DEFENDANT**

<u>**ORDER**</u>

This cause is before the Court on American Power Conversion Corporation's Motion to Extend Trial Date [187]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

That the motion is well-taken and should be granted. The trial of this cause, currently scheduled to commence on October 26, 2009, is therefore continued and is reset for trial to commence on Monday, April 5, 2010 in accordance with a notice to be issued by the Courtroom Deputy.

IT IS, THEREFORE, ORDERED AND ADJUDGED that American Power Conversion Corporation's Motion to Extend Trial Date [187] is well-taken and should be, and hereby is, GRANTED. IT IS FURTHER ORDERED that the trial of this cause, currently scheduled to commence on October 26, 2009, is hereby CONTINUED and RESET for trial to commence on Monday, April 5, 2010 in Greenville, Mississippi at 9:00 a.m.

SO ORDERED, this the 27th day of July, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE